UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
_____

No. 20-cv-12010-IT
_____

FRIEDRICH LU,
Plaintiff

v.

JAMES R. CLARKE, ET AL.,
Defendants
_____

### MOTION OF DEFENDANTS CHARLES W. RANKIN AND JAMES L. SULTAN TO DISMISS ALL CLAIMS AGAINST THEM WITH PREJUDICE

Defendants Charles W. Rankin and James L. Sultan hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 41(b), to dismiss all claims against them with prejudice. The grounds for this motion are set forth more fully in a separately-filed Memorandum of Law and Exhibits.

Respectfully submitted,

Charles W. Rankin and James L. Sultan

/s/ Charles W. Rankin

_____
James L. Sultan, BBO #488400
jsultan@rankin-sultan.com
Charles W. Rankin, BBO #411780
crankin@rankin-sultan.com
Rankin & Sultan
1666 Massachusetts Avenue, Suite P-16
Lexington, MA 02420
(617) 720-0011

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 30, 2020. Specifically, a copy has been mailed to the plaintiff Friedrich Lu, c/o St. Francis House, P.O. Box 499, Lafayette Station, Boston, MA 02112, and sent via email to chi2flu@gmail.com.

/s/ Charles W. Rankin

_____

Charles W. Rankin