UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **FRIEDRICH LU** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | |
| **JAMES R. CLARKE, MARY REGAN, MAURA A. HENNIGAN, ROBERT L. SHEKETOFF, JAMES L. SULTAN, AND CHARLES W. RANKIN** | ) ) ) ) ) | C.A. 20-12010-IT |
| **Defendants.** | ) ) ) | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Joseph Stanton, in his official and individual capacity.[1]

Defendant,
JOSEPH STANTON, in his official and individual capacity,
By his Attorneys

MAURA HEALEY
ATTORNEY GENERAL

---

[1] By entering this appearance, Defendant does not waive the service requirements of the Federal Rules of Civil Procedure or the Massachusetts Rules of Civil Procedure.

*/s Erica Morin*
Erica Morin, BBO No. 687471
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, 18th Floor
Boston, MA  02108
Tel: (617) 727-2200 Ext. 2593
Erica.Morin@mass.gov

Date: January 22, 2021

## CERTIFICATE OF SERVICE

I, Erica Morin, Assistant Attorney General, hereby certify that I have this day, January 22, 2021, served the foregoing document, upon the attorney of record for the plaintiff by mailing a copy, first class postage prepaid to:

Friedrich Lu, *pro se*
c/o St. Francis House
Lafayette Station, P.O. Box 499
Boston, MA 02112
chi2flu@gmail.com

James L. Sultan
Charles W. Rankin
Rankin & Sultan
1666 Massachusetts Avenue, Suite P-16
Lexington, MA 02420

*/s Erica Morin*
Erica Morin
Assistant Attorney General