# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRIEDRICH LU,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>JAMES R. CLARKE, MARY REGAN,  )<br>MAURA A. HENNIGAN, ROBERT L.  )<br>SHEKETOFF, JAMES L. SULTAN,  )<br>AND CHARLES W. RANKIN  )<br>  )<br>  Defendants.  )<br>_____) | C.A. 20-12010-IT |

## DEFENDANT MAURA HENNIGAN, MARY REGAN, AND JOSEPH STANTON'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS

For the reasons outlined in their attached memorandum and pursuant to Federal Rules of Civil Procedure 41(b), 12(b), and applicable immunities, Defendants Maura Hennigan and Mary Regan, in their individual capacities as clerks for the Suffolk County Superior Court, and Defendant Joseph Stanton, in his official and individual capacities as a clerk for the Massachusetts Appeals Court (collectively "Defendants"), respectfully move to dismiss *pro se* Plaintiff Friedrich Lu's Complaint.

Plaintiff's claims should be dismissed because Plaintiff has failed to comply with a 2002 Court Order, which requires him to take certain actions when filing in this Court, Defendants are entitled to absolute immunity, the Amended Complaint fails to state a claim under 42 U.S.C. § 1983, and Plaintiff has failed to properly serve Defendants.

For these reasons, Defendants respectfully request that the Amended Complaint in this matter be dismissed in its entirety as to Defendants.

1

2

Defendants,

MAURA A. HENNIGAN, MARY REGAN, in their individual capacities, AND JOSEPH STANTON, in his official and individual capacity,

By their Attorneys,

MAURA HEALEY
ATTORNEY GENERAL


*/s/ Erica Morin*
Erica Morin, BBO No. 687471
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, 18th Floor
Boston, MA  02108
Tel: (617) 727-2200 Ext. 2593
Erica.Morin@mass.gov

Date: January 22, 2021

## CERTIFICATE OF SERVICE

I, Erica Morin, Assistant Attorney General, hereby certify that I have this day, January 22, 2021, served the foregoing **document**, upon all parties, by electronically filing to all ECF registered parties and by sending a copy, via first class mail, postage prepaid to all unregistered parties, including:

Friedrich Lu
c/o St Francis House
PO Box 499
Lafayette Station
Boston, MA 02112

James L. Sultan
Charles W. Rankin
Rankin & Sultan
1666 Massachusetts Avenue, Suite P-16
Lexington, MA 02420

/s/ Erica Morin
Erica Morin