UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff           )        Civil Action No 20-12010-IT
   v                              )
James R Clarke, et al, Defendants )

### PLAINTIFF'S NOTICE OF SERVING CROSS-MOTION FOR SANCTION

Defendants (three court clerks: Mary Regan, Maura A Hennigan, and Joseph Stanton) filed a frivolous *motion to dismiss* on Jan 22, 2021. Plaintiff Friedrich Lu serves today a cross-motion for sanction under Fed Rule Civ Proc 11, against the trio and their counsel. Besides, Stanton, being in default, can not file a motion to dismiss without prior leave.

Plaintiff:      Friedrich Lu, pro se
Date:           January 26, 2021
Email address: chi2flu@gmail.com
Address:        ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112