UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff            )        Civil Action No 20-12010-IT
   v                               )
James R Clarke, et al, Defendants  )

FILED IN CLERKS OFFICE 2021 JAN 29 PM 1: 15 U.S. DISTRICT COURT DISTRICT OF MASS.

PLAINTIFF'S CROSS-MOTION TO STRIKE EMERGENCY MOTION TO EXTEND TIME
AND THREE CLERK'S MOTION TO DISMISS

(1) On Jan 6 (all dates in this motion are of 2021) two clerks Mary Regan and Maura A Hennigan filed an *Emergency Motion to Extend Time to Respond to Plaintiff's Filings*. The third clerk Joseph Stanton did not join, yet he and the other two clerks filed a motion to dismiss on Jan 22. The last should be stricken from the motion, for being in default and without prior leave.

(2) The *Emergency Motion* was chock-full of lies. See plaintiff Friedrich Lu's Jan 16 motion for sanction and/or contempt (to be filed). Its allowance by the court same day was "a fruit of the poisonous tree." *Nardone* v *United States* (1939) 308 US 338, 341.

(3) Apart from meritorious defense, *Pioneer Investment Services Co v Brunswick Associates Limited Partnership* (1993) 507 US 380, 392-393 explained Fed Rule Civ Proc 6 requires "excusable neglect" (excusable + neglect). *Emergency Motion* was lacking in the latter criterion. Judging from the three clerks' *Motion to Dismiss*, *Emergency Motion* lacked meritorious defense also. See Lu's Jan 26 cross-motion for sanction (to be filed).

Plaintiff:      Friedrich Lu, pro se
Date:           January 29, 2021
Email address: chi2flu@gmail.com
Address:       ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112