# United States Court of Appeals
## For the First Circuit

No. 21-1245

FRIEDRICH LU,

Plaintiff - Appellant,

v.

JAMES R. CLARKE; MARY REGAN; MAURA A. HENNIGAN; ROBERT L. SHEKETOFF; JAMES L. SULTAN; CHARLES W. RANKIN; MATTHEW DIVRIS; THOMAS A. TURCO, III; CAROL A. MICI; JOSEPH STANTON,

Defendants - Appellees.

Before

Lynch, Kayatta and Barron,
Circuit Judges.

**JUDGMENT**

Entered: January 25, 2022

We have reviewed the record and the parties' submissions. We allow the appellees' motions for summary disposition, and we affirm. We see no abuse of discretion in the district court's dismissal pursuant to Fed. R. Civ. P. 41(b). See Cintrón-Lorenzo v. Departamento de Asuntos del Consumidor, 312 F.3d 522, 526 (1st Cir. 2002). The order that the plaintiff-appellant, Friedrich Lu ("Lu"), was found to have violated has now been in place for nearly 20 years. See Lu v. Harvard Univ., D. Mass. No. 00-cv-11492-MLW, Order dated March 29, 2002, at p. 17. Lu is well aware of the order, as he has been repeatedly warned and sanctioned in previous cases for his failure to comply with the order. He has previously challenged the order's enforceability, but this court and the district court have rejected his arguments, and the question is now settled. Given the flagrant disregard of a court order by a repeat offender, dismissal was well within the district court's "considerable leeway in exercising [its] admitted authority to punish laggardly or noncompliant litigants." Cintrón-Lorenzo, 312 F.3d at 526 (quotation omitted).

Moreover, in view of the fact that Lu's challenge to the district court's dismissal in this case relied upon arguments that this court already has rejected in at least four prior appeals filed by Lu, we conclude that sanctions may be appropriate here for the filing of a frivolous appeal. See Fed.

R. Civ. P. 38; 1st Cir. R. 38.0. <u>We therefore direct Lu to show cause in writing, no later than 14 calendar days from the date of this Judgment, why he should not be sanctioned for the filing of a frivolous appeal.</u>

<u>Affirmed</u>. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Friedrich Lu
Joseph Patrick Lucia
Erica Morin
Charles W. Rankin
James L. Sultan